IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

SHEILA HAYFORD,                           :
                                          :    C.A. No: K14C-01-024 RBY
            Plaintiff,                     :
                                          :
                                          :
      v.                                  :
                                          :
DART and DELAWARE TRANSIT                  :
CORPORATION,                              :
                                          :
            Defendants.                   :
                                          :

Submitted: *July 28, 2015*
Decided: *July 30, 2015*

***Upon Consideration of Plaintiff's***
***Motion to Dismiss***
***GRANTED***

**ORDER**

Sheila Hayford, *Pro se*.

Douglas T. Walsh, Esquire, Marshall, Dennehey, Warner, Coleman & Goggin, Wilmington, Delaware for Defendants.

Young, J.

## <u>DECISION</u>

Sheila Hayford ("Plaintiff"), appearing *pro se*, filed an action sounding in negligence against DART and Delaware Transit Corporation ("Defendants"), on January 27, 2014. Plaintiff alleges she was injured, while a passenger on a bus operated by Defendants.

Since the filing of her Complaint, there has been minimal effort on her part made toward the prosecution of this suit. Indeed, the Court has granted several deadline extensions, in an attempt to accommodate Plaintiff. Most recently, the Court permitted the Plaintiff's belated filing of expert disclosures, in the face of a summary judgment motion by Defendants.

At this time, when discovery has come to a close, and the October 2015 trial date draws near, Plaintiff moves to dismiss her suit without prejudice. Finding no particular prejudice to Defendants, the Court **GRANTS** Plaintiff's motion.

Plaintiff's suit is **DISMISSED** *without* prejudice.

**IT IS SO ORDERED**.

/s/ Robert B. Young
J.

RBY/lmc
oc:   Prothonotary
cc:   Counsel
      Sheila Hayford
      Opinion Distribution